UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                          :
   MEGAN N. TEMPLIN                   :    Bankruptcy No. 10-22819 REF
   aka MEGAN N. WEABER                :
                                       :    Chapter 13
      Debtor                       :

## ORDER

AND NOW, this __8__ day of __October__, 2010, it is hereby

**ORDERED AND DECREED** that the Debtor's Motion to avoid the judicial lien of Diamond Credit Union, No. 10-6941, is hereby granted and the security interest created by said judicial lien is hereby canceled.

BY THE COURT:

_____
B.J.

Interested parties:

David S. Gellert, Esquire
David S. Gellert, P.C.
3506 Perkiomen Avenue
Reading, PA 19606

Philip G. Curtin, Esquire
Philips Curtin & Di Giacomo
1231 Lancaster Avenue
Berwyn, PA 19312-1244

Office of the U. S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Frederick L. Reigle, Esquire
Standing Chapter 13 Trustee
P. O. Box 4010
Reading, PA 19606

Diamond Credit Union
1600 Medical Drive
Pottstown, PA 19464